IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| INAME BOUKARY, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Case No. 4:17-cv-00347-KOB-TMP |
| ) | |
| JOHN KELLY, *et al.*, ) | |
| ) | |
| Respondents. ) | |

## MEMORANDUM OPINION

On June 21, 2017, the magistrate judge filed his Report and Recommendation in the above-styled cause, recommending that this petition for *habeas corpus* relief filed pursuant to 28 U.S.C. § 2241 be dismissed as moot. To date, neither party has filed any objections.

Having now carefully reviewed and considered *de novo* all the materials in the court file, including the Report and Recommendation, the court finds that the report is due to be and hereby is ADOPTED, and the recommendation is ACCEPTED. Consequently, the petition for writ of *habeas corpus* filed pursuant to 28 U.S.C. § 2241 in the above-styled cause is due to be DISMISSED as MOOT.

The court will enter a separate Final Order.

DONE and ORDERED this 12th day of July, 2017.

_____
   KARON OWEN BOWDRE
    CHIEF UNITED STATES DISTRICT JUDGE